FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
8/12/2022
CLERK'S OFFICE
AT GREENBELT
BY _YB_, DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

MAGGIE R. STARR

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

DEPARTMENT OF THE AIR FORCE
11TH FSS WING Joint Base Anacostia
1310 MCCHORD, Bolling
WASHINGTON, DC 20032

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

---

**Complaint for Employment Discrimination**

Case No. 22-CV-2029-GLS
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MAGGIE R. STARR
   Street Address: P.O. Box 1584
   City and County: Whiteplains
   State and Zip Code: Maryland 20695
   Telephone Number: 240-585-0897
   E-mail Address: blessedstarr@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Chandre Coleman
   Job or Title (if known): 11 FSS/FSFC 3-JP Hoyer CDC, Director
   Street Address: 3725 Fetchet Avenue
   City and County: Campsprings, (PG)
   State and Zip Code: Maryland 20762
   Telephone Number: 240-857-3458 / 240-857-3207
   E-mail Address (if known):

2

Defendant No. 2

Name: Mia Williams
Job or Title (if known): CDC 1 Director
Street Address: 4456 Tinker St SW CDC 1
City and County: Joint Base Anacostia Bolling
State and Zip Code: Washington, DC 20032
Telephone Number: 202-767-2890
E-mail Address (if known):

Defendant No. 3

Name: Connie Hutchison
Job or Title (if known): Human Resources Officer
Street Address: 1500 West Perimeter Rd Suite 5300
City and County: Campsprings (PG)
State and Zip Code: Maryland 20762
Telephone Number: 301-981-5614
E-mail Address (if known):

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name: JP Hoyer CDC 3
Street Address: 3725 Fetchet Ave
City and County: Campsprings (PG)
State and Zip Code: Maryland 20762
Telephone Number: 240-857-3458

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race  *African American*
- ☑ color  *Dark Complexion*
- ☑ gender/sex  *Female*
- ☐ religion  _____
- ☐ national origin  _____
- ☑ age. My year of birth is *1964*. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

5

E. The facts of my case are as follows. Attach additional pages if needed.

*The facts of my Employment Discrimination case Desparate treatment (I) Maggie Starr, endured from the Department of the Air Force Agency Officials violated Title VII of the Civil Rights Act of 1964 (42 US Code 2000E) whereas cause and effect AFI 34-144 agency violated practices of policy procedures resulting the Job Lose, (Review attached memos/Documents)*

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.) *Where cause and effect resulting from Discrimination Endured: Agency displayed pretext excuse surrounding AFI 34-144 policy and procedure coworkers received favorable Race, Color, Age, Sex, Nationality, Origin Insulted about natural hair at least it's manageable*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date) *EEOC 3/31/22 Statement Brief, 2/24/22 Reconsideration, 10/23/20 Appeal 10/6/20 Appeal 1/11/17 Formal complaint 11/19/16 EEOC Intake*

B. The Equal Employment Opportunity Commission (check one):

☑ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on (date) _____.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

☐ 60 days or more have elapsed.
☑ less than 60 days have elapsed.

6

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Maggie Starr ask the Courts to order. Personnel Record to Remove wrongful Termenation out of Permanant Records, Reinstatement of Employment as Child and Program Assistant or Job Placement at Another Facility offer, Emotional and Mental Damages for the Stress endured of Reliving Trauma Resulting from Domestic Situation in Which I was looked as being a violate criminal for about 6 years. Maindy do to Charges was not investigated thoroughly by Agency Officials. Defermation of my character defamed. Passed over in being placed in a permanant Classroom. Being treated unfairly because of my Race, Color, Age, Sex and National origin. African American, Dark Complexion, 52 years old at the time of Discremonato Filed, Female and not having the chance to meet with the upper Chain of Command Officials, to provide the basis of matter. Because of termination I had to seek other Employment to offset monies loss from JP Hoyer to add to Money Received from Master Security Job to pay and maintain Bills monthly. This situation of discrimenation endured and termination was and still is painful and stressful. Back Compensation from time terminated 10/11/16 with interest. Total Damages that I feel claim is, are entitled to $500,000 from Responsible Agency Overseer Department of the DR Airforce

Maggie Starr
8/11/22

7

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11 Aug, 2022

Signature of Plaintiff: *Maggie Starr*
Printed Name of Plaintiff: MAGGIE STARR

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

8